# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

PERRY B. FAULKNER                                                                           PLAINTIFF

v.                                    Case No. 4:14-cv-747-KGB

TAB TOWNSELL, *et al.*                                                                    DEFENDANTS

## ORDER

Before the Court is plaintiff Perry B. Faulkner's motion to dismiss without prejudice pursuant to Federal Rule of Civil Procedure 41 (Dkt. No. 39). The motion indicates that counsel for Mr. Faulkner has conferred with counsel for defendants and that counsel for defendants does not object to the motion. Therefore, for good cause shown, the Court grants the motion (Dkt. No. 39). The Court dismisses without prejudice this action against all defendants.

It is so ordered this the 26th day of May, 2017.

_____
Kristine G. Baker
United States District Judge